

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00296-CV

T. WILLIAM MCINTYRE                                    APPELLANT

V.

DEUTSCHE BANK NATIONAL                                 APPELLEES
TRUST COMPANY, AS
INDENTURE TRUSTEE FOR NEW
CENTURY HOME EQUITY LOAN
TRUST 2005-1, ATLANTIC &
PACIFIC FORECLOSURE
SERVICES, L.L.C., HOLLY
CARTER, INDIVIDUALLY AND AS
ATTORNEY, CHRISTOPHER K.
BAXTER, INDIVIDUALLY AND AS
ATTORNEY, MARINOSCI LAW
GROUP P.C., GARY MARINOSCI,
INDIVIDUALLY AND AS
ATTORNEY, CARRINGTON
MORTGAGE SERVICES, NEW
CENTURY MORTGAGE
CORPORATION, PETER C.
SMART, INDIVIDUALLY, CRAIN,
CATON & JAMES, P.C., AND TOM
CROFT, INDIVIDUALLY

------------

## FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2012-30325-211

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellant's "Unopposed Motion to Dismiss."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  July 10, 2014

---

[1]*See* Tex. R. App. P. 47.4.